**STERNS & WEINROTH**
A Professional Corporation
Simon Kimmelman, Esq.
50 West State Street, Suite 1400
P.O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys for Nutraquest, Inc.,
Reorganized Debtor

RECEIVED
DEC 2 8 2006
AT 8:30_____M
WILLIAM T. WALSH
CLERK

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NUTRAQUEST, INC.<br>PERSONAL INJURY CASES. | Hon. Garrett E. Brown, Jr., Chief Judge<br><br>Civil No.: 03-5869 (GEB) |

### OMNIBUS ORDER DISMISSING SETTLED PERSONAL INJURY CASES

**THIS MATTER** having come before the Court upon the application of Nutraquest, Inc. (the "Debtor") pursuant to and in accordance with the Debtor's Third Modified Chapter 11 Plan of Reorganization (the "Plan") for the entry of an Order dismissing with prejudice and without costs each of the personal injury and wrongful death actions identified on Schedule A attached hereto (the "Settled PI Cases"); and the Settled PI Cases having been the subject of the Global Settlement and Funding Agreement and Release of Claims Relating to Ephedra Personal Injury Cases (the "PI Agreement"), which has been fully executed by the parties thereto and their counsel and which was approved by the Court pursuant to paragraph 24 of the Findings of Fact, Conclusions of Law and Order Confirming Debtor's Third Modified Plan of Reorganization entered on November 3, 2006 (the "Confirmation Order"), which is now final and non-appealable; and the settlements of the Settled PI Cases having been fully consummated pursuant to the Plan; and upon the consent of all parties to the PI Agreement, all of whom, pursuant to paragraph 10 of the PI Agreement, agreed to the dismissal with prejudice and without costs of

the Settled PI Cases upon the consummation of the settlements in accordance with the PI Agreement, the Plan, and the Confirmation Order; and the Court having further determined that those wrongful death and personal injury actions listed on Schedule "B" which have been fully settled and funded but which cannot yet been paid, due to the failure of plaintiffs' counsel to file either (i) the requisite motions to approve settlements in cases involving minors, or (ii) a timely motion for a structured settlement, should be dismissed subject to reopening as set forth below ("Dismissed PI Cases"), and for good cause shown,

IT IS on this 28th day of December, 2006;

**ORDERED** that:

1. The Debtor's application is GRANTED.

2. The Settled PI Cases, as identified on Schedule A, are hereby dismissed in their entirety, with prejudice and without costs to any party.

3. The Dismissed PI Cases identified in Schedule B, are hereby dismissed, in their entirety, subject to reopening by the Court upon the filing of a motion, on notice, by any party within 60 days of the date of entry of the Order, and if no such motion is timely filed, said dismissal shall be with prejudice.

4. The Clerk of the Court is hereby directed to file a copy of this Order in each of the Settled PI Cases listed on Schedule A and the Dismissed PI Cases listed on Schedule B.

5. Counsel for the Debtor is hereby directed to serve a copy of this Order upon all counsel of record in the Settled PI Cases and the Dismissed PI Cases.

_____
GARRETT E. BROWN, JR., CHIEF JUDGE

## SCHEDULE A – Settled PI Cases

| No. | NAME/DOCKET/ CASE CAPTION |
|---|---|
| 1. | 04-cv-3103<br>David Adams v. Nutraquest f/k/a Cytodyne Technologies, Inc., et al. |
| 2. | 04-cv-680<br>Daniel Addo v. Cytodyne Technologies, Inc; et al.. |
| 3. | 04-cv-681<br>Jose Aguilar v. Cytodyne Technologies, Inc. |
| 4. | 04-cv-4656<br>Jenny Alvarez v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 5. | 04-cv-5581<br>Sally Blinn, as Personal Representative of the Estate of John Angelos v. General Nutrition Corporation, et al. |
| 6. | 04-cv-4611<br>Eileen Antoniolo v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 7. | 04-cv-3302<br>Matthew Phillips as the Administrator of the Estate of Michael J Archer v. GNC, et al. |
| 8. | 04-cv-4116<br>Brittany Baker v. General Nutrition Corporation, et al. |
| 9. | 04-cv-4604<br>Willie Ballard v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 10. | 05-cv-3844<br>Jerome Banks as Personal Representative of and, Administrator of the Estate of Tyrone Banks v. GN Oldco Corporation, et al. |
| 11. | 04-cv-3264<br>Aileen Barretti and Michael Barretti v. General Nutrition Corp., et al |
| 12. | 04-cv-4655<br>Daniel Bassignana and Maria Rosa Bassignana, individually and as representatives of Kristopher Bassignana, a minor v. Nutraquest, f/k/a Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 13. | 04-cv-3134<br>Mary Beatty (Wisc) v. Nutraquest Inc., f/k/a Cytodyne Technologies, Inc. |
| 14. | 04-cv-4821<br>Ernest Bechler, Patricia Bechler and Michael Bechler v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc. |
| 15. | 04-cv-1130<br>Kiley Bechler v. Cytodyne Technologies, Inc |
| 16. | 04-cv-3113<br>Cindy Bell v. Nutraquest f/k/a Cytodyne Technologies, Inc., et al. |
| 17. | 04-cv-0684<br>Angela Bennett v. Cytodyne Technologies, Inc, .Nutraquest, Inc, et al. |

| 18. | 04-cv-0685<br>Anna Amanda Bernacchia, et al. v. Cytodyne Technologies, et al., |
|---|---|
| 19. | 04-cv-3115<br>Zack Biggs, individually, as representative of the estate of Terry Wayne Biggs, deceased v. Nutraquest Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 20. | Edward Bonner and Anna Marie Bonner v. Nutraquest, Inc. |
| 21. | 04-cv-0818<br>Lisa Borgese v. Cytodyne Technologies, Inc., et al. |
| 22. | 04-cv-4734<br>Marilyn Brinkley v. Nutraquest, Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 23. | 04-cv-3109<br>Jessie Brown v. Nutraquest f/k/a Cytodyne Technologies, Inc., et al. |
| 24. | 04-cv-5122<br>Yvette Brown v. GNC |
| 25. | 04-cv-4665<br>Richard S. Butkowski v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 26. | 04-cv-0687<br>Carlos Manuel Calvo v. Cytodyne Technologies, Inc., et al. |
| 27. | 04-cv-5582<br>Connie Camacho v. Nutraquest Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 28. | 04-cv-0688<br>Judith Campbell v. Cytodyne Technologies Inc.; |
| 29. | 04-cv-0689<br>Derrow W. Carter v. Cytodyne Technologies, Inc., et al |
| 30. | 04-cv-3108<br>Carrie Catlett v. Nutraquest, Inc. f/k/a Cytodyne Technologies, et al |
| 31. | 04-cv-1079<br>Kelly S. Coberly v. Cytodyne Technologies, et al. |
| 32. | 04-cv-0969<br>Darin Cohen, et al. v. Robert Chinery, et al. |
| 33. | 04-cv-4647<br>Linda Cole v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 34. | 04-cv-4119<br>Joyce Conover v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 35. | 04-cv-0690<br>Earline Cook, surviving spouse of Henry L. Cook v. Cytodyne Technologies, Inc., et al. |

| #   | Case                                                                                                                                                                          |
| --- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 36. | 04-cv-3760<br>Charlene Cooley v. Cytodyne Technologies, Inc., et al.                                                                                                          |
| 37. | 04-cv-3230<br>Gary Cooper v. Nutraquest, Inc., et al.                                                                                                                         |
| 38. | 04-cv-0820<br>Darren Crawford v. Nutraquest, Inc., a New Jersey Corporation f/k/a Cytodyne Technologies, et al.                                                               |
| 39. | 04-cv-3261<br>Alton Cromartie v. Muscletech Research and Development, et al.                                                                                                  |
| 40. | 04-cv-0693<br>Gregory Delagarde v. Cytodyne Technologies, Inc., et al.                                                                                                        |
| 41. | 04-cv-3114<br>Dawn L. Dingess, individually and as representative of the estate of Jeffrey Dingess, deceased, v. Nutraquest Inc. f/k/a Cytodyne Technologies, Inc.            |
| 42. | 04-cv-4605<br>Amy Donnelly v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc.                                                                                             |
| 43. | 04-cv-3122<br>Cheryl Dunlap v. Nutraquest f/k/a Cytodyne Technologies, Inc., et al.                                                                                           |
| 44. | 04-cv-3131<br>Susan Durant v. Nutraquest Inc., f/k/a Cytodyne Technologies, Inc.                                                                                              |
| 45. | 04-cv-2850<br>Robert Ebron v. Nutraquest                                                                                                                                      |
| 46. | 04-cv-4657<br>Gloria Elkins v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al.                                                                                     |
| 47. | 04-cv-3228<br>Timothy Evers v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc.                                                                                            |
| 48. | 04-cv-2343<br>Maria Figueroa v. Cytodyne Technologies, et al.                                                                                                                 |
| 49. | 04-cv-3107<br>Gennaro Gambardella, Sr. Individually and as Administrator of the Estate of Gennaro Gambardella, Jr. v. Nutraquest, Inc. f/k/a Cytodyne Technologies, et al.    |
| 50. | 04-cv-3227<br>Stephanie Gonzales v. Nutraquest Inc., f/k/a Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc.,                                                                 |
| 51. | 04-cv-4666<br>Samantha Grant v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al.                                                                                    |
| 52. | 04-cv-4606<br>Rickey Green v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc.                                                                                              |
| 53. | 04-cv-6084<br>William Griffin v. Muscletech Research and Development, et al.                                                                                                  |

| | |
|---|---|
| 54. | 04-cv-4733<br>Diana Grisby v. Nutraquest, Inc., f/k/a Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 55. | 05-cv-03845<br>John E.D. Grunow v. Cytodyne Technologies Inc, et al. |
| 56. | 04-cv-4009<br>Michelle Hagy v. Cytodyne Technologies, Inc. n/k/a Nutraquest, Inc., et al. |
| 57. | 04-cv-4010<br>Melinda Heard v. Cytodyne Technologies, Inc., n/k/a Nutraquest, Inc., and Walmart Store, Inc., |
| 58. | 04-cv-00934<br>Lawrence Higbee, Individually and as Personal Representative of the Estate of Donna R. Higbee, deceased. v. Cytodyne Technologies, Inc., a foreign corporation, et al. |
| 59. | 04-cv-3262<br>Debra Holcomb, et al. v. Cytodyne Technologies, Inc., et al. |
| 60. | 04-cv-4117<br>Patricia Hollerbach, et al. v. Metabolife International, Inc., et al. |
| 61. | 04-cv-3761<br>Linda Holton and Harlan Holton v. Cytodyne Technologies, Inc., et al. |
| 62. | 04-cv-3128<br>Diane Hughes v. Nutraquest Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 63. | 04-cv-5148<br>Dena Hurtado v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 64. | 04-cv-4012<br>Deborah Johnson v. Cytodyne Technologies, Inc., n/k/a Nutraquest, Inc., et al. |
| 65. | 04-cv-4917<br>Virginia Johnson v. Nutraquest, Inc. f/k/a Cytodyne Technologies, et al. |
| 66. | 04-cv-4603<br>George Just v. Cytodyne Technologies, Inc., et al. |
| 67. | 04-cv-4651<br>Teresa M. Kelley v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc., et al. |
| 68. | 04-cv-3138<br>Queen Kellybrew v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc. |
| 69. | 04-cv-0935<br>Farrukh Khan v. Cytodyne Technologies, Inc.. |
| 70. | 04-cv-3124<br>Rose Kramer, Individually, as Representative of the estate of Rolf Michael Kramer, deceased, and on behalf of Savannah K. Kramer and Cameron M. Kramer, Minors v. f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 71. | 04-cv-3263<br>Katherine Ladmirault v. Cytodyne Technologies, Inc., et al |
| 72. | 04-cv-1081<br>Jonathan & Nancy LaMarsh v. Cytodyne Technologies |

| | |
|---|---|
| 73. | 04-cv-3112<br>Terri Lett v. Nutraquest, Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 74. | 04-cv-0695<br>Carol Leuenhagen and Kevin Leuenhagen, individually and on behalf of Ryan Pederson and Tyler Leuenhagen, minors v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc. |
| 75. | 05-cv-2118<br>John Henry Lewis v. Nutraquest, Inc f/k/a Cytodyne Technologies; Inc., et al. |
| 76. | 04-cv-2018<br>Winston Lindsley v. Nutraquest, f/k/a Cytodyne Technologies, Inc., et al. |
| 77. | 04-cv-4652<br>Michael Lloyd v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc., et al. |
| 78. | 04-cv-3645<br>Joseph Loiseau and Arlene Loiseau v. Cytodyne Technologies, Inc., et al. |
| 79. | 04-cv-3021<br>Joanne Long and Kenneth Long v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 80. | 04-cv-4692<br>Martha Lopez v. Nutraquest, Inc., as successor in interest to Cytodyne Technologies, Inc. |
| 81. | 04-cv-4653<br>Stephanie Love v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc., et al. |
| 82. | 04-cv-3101<br>Elizabeth Maag v. Cytodyne Technologies Inc. |
| 83. | 04-cv-1285<br>Rafael Manrique, Individually and as representative of the estate of Rafael Manrique De Lara, Jr. and Dora Estela Manrique, Individually and as representative of the estate of Rafael Manrique De Lara, Jr. v. Cytodyne Technologies Inc., et al. |
| 84. | 04-cv-0696<br>Juan Marquez v. Cytodyne Technologies, Inc., et al. |
| 85. | 04-cv-4615<br>Elena Martin v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc., et al. |
| 86. | 04-cv-0697<br>Bessy Martinez v. Cytodyne Technologies, Inc., et al. |

| | |
|---|---|
| 87. | 04-cv-3123<br>Marci Mayotte v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 88. | 04-cv-3133<br>Misty McCormack, individually and on behalf of Breanna Ness and Brittany McCormack, minors, v. Nutraquest Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 89. | 04-cv-0698<br>John David Miller v. Cytodyne Technologies, Inc., et al. |
| 90. | 04-cv-4648<br>Norman Miller v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc., et al. |
| 91. | 04-cv-1082<br>Gary Minor v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 92. | 04-cv-0936<br>Patricia Mountcastle v. Cytodyne International, LLC f/k/a Cytodyne Technologies, Inc., et al. |
| 93. | 04-cv-4660<br>Mary Ann Naclerio v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc., et al. |
| 94. | 04-cv-3229<br>Delancy Newsom v. Nutraquest, Inc. f/k/a Cytodyne Technologies |
| 95. | 04-cv-4649<br>Keith Niemand v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc.; et al. |
| 96. | 04-cv-0824<br>Cathleen Olmstead v. Cytodyne Technologies, Inc., a New Jersey Corporation, et al. |
| 97. | 05-cv-1150<br>Katonya Outlaw v. Metabolife International, Inc., et al. |
| 98. | 04-cv-0937<br>Bettie Parker v. Cytodyne Technologies, Inc., et al. |
| 99. | 04-cv-3303<br>Catherine Penn v. Cytodyne Technologies, Inc., et al. |
| 100. | 04-cv-3304<br>Donna Pope v. Cytodyne Technologies, Inc., et al. |
| 101. | 04-cv-4619<br>Carol Poyer v. Nutraquest, Inc, f/k/a Cytodyne Technologies, Inc., et al. |
| 102. | 04-cv-3102<br>Rebecca Reeves v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 103. | 04-cv-0938<br>Patricia O. Reyes v. Cytodyne Technologies, Inc., et al. |
| 104. | 04-cv-0825<br>Melissa Richards et al., v. Cytodyne Technologies, Inc et al. |

| No. | Case |
|---|---|
| 105. | 04-cv-3105<br>Anna Rodriguez v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 106. | 04-cv-1083<br>Richard Rudis and M. Catherine Rudis v. Cytodyne Technologies, Inc., et al. |
| 107. | 04-cv-0939<br>Raymond Ruszkowski v. Cytodyne Technologies, Inc., et al. |
| 108. | 04-cv-4607<br>Ken Rutherford v. Individually and as Administrative of the Estate of Wanda Rutherford, Deceased v. Nutraquest, Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 109. | 04-cv-0699<br>Eloy Sanchez v. Cytodyne Technologies, Inc., et al. |
| 110. | 04-cv-4661<br>James Santry v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 111. | 04-cv-3265<br>Nicholas Sexton v. General Nutrition Corporation, General Nutrition, Inc, a Pennsylvania Corporation, et al. |
| 112. | 04-cv-4667<br>Robert Shackford v. Cytodyne Technologies, Inc., et al. |
| 113. | 04-cv-4659<br>Theresa Sharp v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 114. | 04-cv-3130<br>Pamela Shrable v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 115. | 04-cv-3106<br>Jamie Sloop v. Nutraquest, Inc. f/k/a Cytodyne Technologies, et al. |
| 116. | 04-cv-3117<br>Harrison Smith v. Nutraquest, Inc. f/k/a Cytodyne Technologies et al. |
| 117. | 04-cv-4612<br>Diane Spates v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 118. | 04-cv-3300<br>Jerod Stephens v. Cytodyne Technologies, Inc., et al. |
| 119. | 04-cv-4608<br>Michael Stern v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 120. | 04-cv-4613<br>Robert Stoughton v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 121. | 04-cv-3104<br>Kendrick Taylor v. Nutraquest, Inc. f/k/a Cytodyne Technologies, et al. |
| 122. | 04-cv-4663<br>Marlene Tholen v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 123. | 04-cv-3149<br>Karen Thomas v. Nutraquest, Inc. f/k/a Cytodyne Technologies et al. |

| 124. | 04-cv-1084<br>Mary Timblin v. Cytodyne Technologies, Inc., et al. |
|---|---|
| 125. | 05-cv-4970<br>Wesley Vanlandingham v. Nutraquest Inc., f/k/a Cytodyne Technologies, Inc., et al. |
| 126. | 04-cv-2849<br>Clarissa Wells v. Nutraquest, Inc. |
| 127. | 04-cv-3129<br>Caroll L. Wescott and John M. Wescott, individually and on behalf of Douglas M. Wescott, a minor v. Nutraquest Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 128. | 04-cv-3116<br>Charles Whitehurst and Sandra Whitehurst v. Nutraquest Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 129. | 04-cv-3301<br>Ronnie Wilkins and Laurie M. Wilkins v. Cytodyne Tech., et al. |
| 130. | 04-cv-4609<br>Willie Ann Williams v. Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 131. | 04-cv-4015<br>Alisha Wilson v. Cytodyne Technologies, Inc., n/k/a Nutraquest, Inc., et al. |
| 132. | 04-cv-1085<br>Saranyelina Wilson v. Cytodyne Technologies, et al. |
| 133. | 04-cv-3127<br>Amanda Youngs v. Nutraquest Inc., f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 134. | 04-cv-4646<br>Doreen Zimak v. Nutraquest, Inc. f/k/a Cytodyne Technologies, et al. |

## SCHEDULE B – Dismissed PI Cases

| No. | NAME/DOCKET/ CASE CAPTION |
|---|---|
| 1. | 04-cv-3148<br>Walter A. Bridges and Susan C. Bridges, individually, and on behalf of Justin T. Bridges, a minor v. Nutraquest Inc., f/k/a Cytodyne Technologies, Inc. |
| 2. | 04-cv-3135<br>Kimberly Cooper and James S. Cooper, individually and on behalf of Jelisha Cooper, Rashien Cooper and Radient Cooper, minors v. Nutraquest, Inc. f/k/a Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc. |
| 3. | Alvaro Greve v. Nutraquest, Inc. (no civil number assigned) |
| 4. | 04-cv-4662<br>Michelle Holland v. Nutraquest, Inc. f/k/a Cytodyne Technologies, Inc., et al. |
| 5. | 04-cv-3110<br>Edwards J. Mathews and Christie Mathews, individually and on behalf of Eric J. Mathews, a minor v. Nutraquest Inc. f/k/a Nutraquest, Inc., f/k/a Cytodyne Technologies, Inc. |
| 6. | 04-cv-0933<br>Joanne E. Peeples, Richard H. Peeples, III, her husband, Richard H. Peeples, IV, her minor son and Brett Peeples, her minor son. v. Cytodyne Technologies, Inc., et al. |